# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> NARAYAN ALBANY HOTEL LLC, <br><br> Defendant. | Case No. 1:20-cv-85 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on September 8, 2020.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF

*/s/ Joel M. Haber*
Joel M. Haber

HABER & TERRELL, LLP
2365 Wall Street
Conyers, GA 30013

ATTORNEYS FOR DEFENDANT